UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:12-cr-00002 |
| | ) |
| FESNANDO SANTOS | ) |

ORDER

This matter came before the Court on September 30, 2015 on a hearing on the Superseding Petition for Summons for Offender Under Supervision filed by the United States Probation Office. As the defendant has admitted to each of the three (3) violations contained in the petition, it is hereby ORDERED, for the reasons stated on the record and as agreed to by the parties, that defendant's supervised release is hereby revoked and the defendant is sentenced to a period of five (5) months incarceration, with no supervision to follow the service of his custodial sentence. The defendant shall surrender to the United States Marshal Service no later than October 14, 2015 at 12:00 p.m. to begin the service of his sentence.

IT IS SO ORDERED.

ENTERED this 30th day of September, 2015.

JOHN T. NIXON
SENIOR UNITED STATES DISTRICT JUDGE

Approved for entry:

*s/ Philip H. Wehby*
Philip H. Wehby
Assistant United States Attorney
110 Ninth Avenue South, Ste. A961
Nashville, TN 37203

*s/ Ronald C. Small*
Ronald C. Small
Federal Public Defender's Office
810 Broadway, Ste. 200
Nashville, TN 37203